IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00118-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICOLE ELAINE BUDIK,

    Defendant.

_____

**PROTECTIVE ORDER REGARDING CERTAIN DISCOVERY MATERIAL**
_____

This matter comes before the Court on the government's Unopposed Motion for Protective Order [Docket No. 23], wherein the government seeks a protective order regarding discovery materials concerning an alleged accomplice. Under Fed. R. Crim. P. 16(d)(1), this Court has the power to enter appropriate protective orders when there is good cause to do so. The defendant does not oppose the motion. Good cause appearing, it is

**ORDERED** that the government's Unopposed Motion for Protective Order [Docket No. 23] is granted. Any documents or other evidence disclosed to defendant relating to her alleged accomplice's cooperation with law enforcement -- including, but not limited to, his proffer agreement, plea agreement, and any written or recorded statements of the cooperator (including reports containing such written or recorded statements) -- shall not be left in the custody of defendant. Additionally, such documents or other evidence may not be copied, reproduced, published, or publicly

circulated by either defendant, her attorney, agents of her attorney, or someone acting on her behalf unless such copying, reproduction, publishing, or circulation is for use either in proceedings before this Court or in a resulting appeal.

DATED April 19, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge